# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Christmas Tree Shops, LLC  
    Debtor  
_____

Bankruptcy Case No.: 23−10576−TMH

Bankruptcy Chapter: 7

George L. Miller

    Plaintiff

Adv. Proc. No.: 25−50865−TMH

    vs.

COSCO SHIPPING LINES (NORTH AMERICA), INC.,

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> COSCO SHIPPING LINES (NORTH AMERICA), INC.,

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 11/19/25

By: Shaheed R. Austin Jr., Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Adv. Proc. No. 25-50865-TMH

Cosco Shipping Lines (North America), In,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: van431 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cosco Shipping Lines (North America), Inc., 100 Lighting Way, Secaucus, NJ 07094-3683 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 19 2025 20:08:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 19 2025 20:08:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | + | Email/Text: gmiller@mctllp.com | Nov 19 2025 20:08:00 | George L. Miller, 1628 John F. Kennedy Boulevard, Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: van431 | Total Noticed: 4 |

**below:**

| Name | Email Address |
|---|---|
| Bradford J. Sandler | on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com abates@pszjlaw.com |
| Peter J Keane | on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com |

TOTAL: 2